```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
In re:

LIBOR-Based Financial Instruments              MEMORANDUM AND ORDER
Antitrust Litigation.
                                                  11 MD 2262 (NRB)
This Document Applies to: All Cases
-------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

This Order addresses the Exchange-Based Plaintiffs' letter of November 5, 2013, which requested that they be allowed to amend their operative pleading to include information from the Rabobank settlement documents, and the defendants' response of November 13, 2013 opposing the plaintiffs' request. As with the Barclays settlement, we will permit the plaintiffs to rely on facts from the Rabobank settlement in their submissions rather than grant them leave to amend their complaint. Thus, the Court will consider these letters as supplemental briefing on the plaintiffs' September 6, 2013 Motion for Reconsideration of our August 23, 2013 Memorandum and Order, which denied the plaintiffs' motion to include trader-based claims in the Second Amended Class Action Complaint. If either side wants to submit further supplemental briefing, it may submit a memorandum not exceeding seven (7) pages in length.

Dated:  New York, New York
        November **27**, 2013

                                         _____
                                         NAOMI REICE BUCHWALD
                                         UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/13