KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202) 326-7900

FACSIMILE:
(202) 326-7999

August 20, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/19

*Via ECF*

Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *In re LIBOR-Based Financial Instruments Antitrust Litigation*, 11-md-2262-NRB
       *National Credit Union Administration Board v. Credit Suisse Group AG, et al.*,
       No. 13-cv-7394

Dear Judge Buchwald:

Plaintiff National Credit Union Administration Board as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union, and Constitution Corporate Federal Credit Union (collectively, "NCUA") writes with respect to certain Defendants' answers to NCUA's complaint in the above-referenced actions. On July 29, 2019, Defendants Bank of America, N.A. ("Bank of America"); Coöperatieve Rabobank U.A. and Rabobank International (collectively, "Rabobank"); JPMorgan Chase Bank, N.A. ("JPMorgan"); and UBS AG ("UBS") answered NCUA's Third Amended Complaint dated April 12, 2019.[1] *See* ECF Nos. 2927, 2930, 2944, 2946. On August 13, 2019, NCUA filed a Fourth Amended Complaint in the above-referenced actions with the consent of The Royal Bank of Scotland Group plc and The Royal Bank of Scotland plc (collectively, "RBS") that amended allegations solely with respect to RBS and did not amend allegations with respect to any other defendant. *See* ECF No. 2961. This amendment addressed RBS's argument that NCUA had not named the correct RBS entity as a defendant.

---

[1] NCUA's other individual action, 15-cv-2060, remains stayed. *See* ECF No. 2596.

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

August 20, 2019
Page 2

    NCUA has conferred with Defendants RBS, Bank of America, Rabobank, JPMorgan, and UBS, and each agrees that the answers of Bank of America, Rabobank, JPMorgan, and UBS should be deemed to be answers to NCUA's operative complaint dated August 13, 2019. NCUA, RBS, Bank of America, Rabobank, JPMorgan, and UBS respectfully request that the Court endorse this agreement.

*So Ordered.*
*[signature] Naomi Reice Buchwald USDJ*
*10/24/19*

Best regards,

/s/ *Daniel V. Dorris*

Daniel V. Dorris

*Counsel for NCUA*