UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 1:11-md-2262-NRB<br><br>Civil Actions Nos. 13-cv-7394-NRB (S.D.N.Y), 15-cv-2060-NRB (S.D.N.Y.), 13-cv-2497-KH (D. Kan.) |
| THIS DOCUMENT RELATES TO:<br><br>NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union, and Constitution Corporate Federal Credit Union,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CREDIT SUISSE GROUP AG, et al.,<br><br>　　　　　　　　　　　　　Defendants. | **Stipulation And Order Of Dismissal With Prejudice Of JPMorgan Chase & Co. And JPMorgan Chase Bank, N.A. Pursuant To F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff and Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. (together, "JPMorgan"), that all of Plaintiff's claims against JPMorgan only are hereby dismissed with prejudice from the actions *National Credit Union Administration Board v. Credit Suisse Group AG et al.*, No. 13-cv-7394 (S.D.N.Y.), *National Credit Union Administration Board v. Credit Suisse Group AG et al.*, No. 15-cv-2060 (S.D.N.Y.), and *National Credit Union Administration Board v. Credit Suisse Group AG et al.*, No. 13-cv-2497 (D. Kan.), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without interest to any party and with each party to bear its own attorneys' fees and costs.

Dated: May 11, 2020

_____
Andrew Shen
KELLOGG, HANSEN, TODD, FIGEL
  & FREDERICK P.L.L.C.
1615 M Street NW, Suite 400
Washington, D.C. 20036
T: (202) 326-7963
E: ashen@kellogghansen.com

*Counsel for National Credit Union
Administration Board*

_____
Paul C. Gluckow
Alan C. Turner
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
T: (212) 455-2500
E: pgluckow@stblaw.com
   aturner@stblaw.com

*Counsel to JPMorgan Chase & Co and
JPMorgan Chase Bank, N.A.*

SO ORDERED:

Dated:

_____
Hon. Naomi Reice Buchwald
United States District Judge